# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Action No. 11-cr-00237-REB
(Civil Action No. 12-cv-03054-REB)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

1. TIMOTHY WAYNE LEE,

    Defendant-Movant.

## ORDER

**Blackburn, J.**

The matter before me is the **Motion To Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody Pursuant To 28 U.S.C. § 2255** [#24][1] filed November 19, 2012, by defendant-movant.

The motion is before me for prompt examination and initial consideration under Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts. Based on my initial consideration of defendant's motion, which includes my consideration of the motion and the record of prior proceedings, I can not conclude summarily that the defendant-movant is not entitled to relief and that the motion should be dismissed. Thus, under Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, I must order the United States Attorney to file an

---

[1] "[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

answer, motion, or other response within a fixed time.

**THEREFORE, IT IS ORDERED** as follows:

1. That by December 31, 2012, the United States Attorney for the District of Colorado **SHALL FILE** an answer, motion, or other response to the motion of the defendant-movant with the contents required by Rule 5(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts; and

2. That as provided by Rule 5(d) of the Rules Governing Section 2255 Proceedings for the United States District Courts, the defendant-movant may file by January 26, 2013, a reply to the government's answer, motion, or other response.

Dated November 26, 2012, in Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge